## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| JAMES ALSTON, CARNELL BULLOCK, MARK HILTON, ZACHARY JENKINS, JAMES KILE, RHETT LINELY, JOHN MCPHERSON, JESUS MORALES, JEFFREY NAVES, MARK RAMSEY, JOSEPH ROBINSON, CARL SIMON, MICHAEL TURNER, KHEHADI WATKINS, COREY GLEATON, NOLAN PEGUES, HOWARD POOLE, and ALAN RYMAN,<br>　　　　　Plaintiffs,<br>　　vs.<br>DIRECTV, INC., DIRECTV, LLC, and MASTEC NORTH AMERICA, INC.<br><br>　　　　　Defendants. | Case No. 3:14-cv-04093-JMC<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE FOR GLOBAL MEDIATION** |

The Joint Motion to Stay Case for Global Mediation (the "Joint Motion") is before the Court. Upon consideration and for good cause shown, the Joint Motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED:**

1. That this matter be stayed pending the global mediation scheduled to begin on November 30, 2017;

2. All current deadlines and court ordered appearances are hereby vacated; and

3. The Parties shall file a Joint Status Report informing the Court of the result of the mediation within seven days of the date upon which the mediation is completed.

This the 1st day of November, 2017.

　　　　　　　　　　　　　　　　　　　s/J. Michelle Childs
　　　　　　　　　　　　　　　　　　　J. Michelle Childs
　　　　　　　　　　　　　　　　　　　Honorable J. Michelle Childs
　　　　　　　　　　　　　　　　　　　United States District Judge