# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| JAMES ALSTON, CARNELL BULLOCK, COREY GLEATON, MARK HILTON, ZACHARY JENKINS, JAMES KILE, RHETT LINLEY, JEFFREY NAVES, JOHN MCPHERSON, NOLAN PEGUES, JOSEPH ROBINSON, ALAN RYMAN, CARL SIMON, and KHEHADI WATKINS,<br><br>**Plaintiffs,**<br><br>v.<br><br>DIRECTV, INC., DIRECTV, LLC, and MASTEC NORTH AMERICA, INC.<br><br>**Defendants.** | Case No. 3:14-cv-04093-JMC<br>District Judge J. Michelle Childs<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO REOPEN THE MATTER FOR PURPOSES OF SETTLEMENT APPROVAL** |

Plaintiffs James Alston, Carnell Bullock, Corey Gleaton, Mark Hilton, Zachary Jenkins, James Kile, Rhett Linley, John McPherson, Jeffrey Naves[1], Nolan Pegues, Joseph Robinson, Alan Ryman, Carl Simon, and Khehadi Watkins ("Plaintiffs"), by and through their undersigned counsel, move the Court to reopen the above-captioned matter to permit Plaintiffs to submit a motion for approval of the settlement on or before July 23, 2018. Specifically, Plaintiffs will move for approval of the settlement agreements that each of them has reached with Defendant DIRECTV, LLC ("DIRECTV"), on its behalf and on behalf of any predecessor entities including the entity sued as DIRECTV, INC.,[2] and Defendant MasTec North America, Inc. ("MasTec,"

---

[1] Plaintiffs' counsel was recently informed that Plaintiff Naves has passed away. Thus, prior to submitting the motion for approval of settlement, counsel will take action consistent with South Carolina probate and/or estates law to account for Mr. Naves' passing.

[2] DIRECTV, INC. is not an existent entity.

and collectively with DIRECTV, "Defendants"). Defendants do not oppose Plaintiffs' request to reopen this matter.

On March 26, 2018, the Court entered an order dismissing the action without costs and without prejudice "to satisfy internal docketing considerations." (Dkt. No. 185). The Court further provided that any party may move to reopen the matter within ninety days of the order and that the Court "shall retain jurisdiction to make such further orders as may be necessary or appropriate." (Dkt. No. 185, at pg. 1-2). By way of this Motion, Plaintiffs request that the Court reopen this matter and permit them to file a motion for approval of their individual settlement agreements with Defendants on or before July 9, 2018. The instant request is being made within ninety days of the March 26 Order.

Counsel for Plaintiffs, Todd Werts, has consulted with counsel for Defendants, Christina Tellado regarding the instant motion. Defendants are not opposed to the relief sought herein.

Dated: June 25, 2018, 2018                     Respectfully submitted,

**HOWARD LAW FIRM, PA**

By: _____/s/ Milford O. Howard, III_____
Milford O. Howard, III
1429 Augusta Street
Greenville, SC 29605
Telephone: 864-832-7748
Email: howardlawgville@gmail.com

**STUEVE SIEGEL HANSON LLP**
George A. Hanson, *Admitted Pro Hac Vice*
MO Bar No. 43450
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    816-714-7100
Facsimile:    816-714-7101
Email:  hanson@stuevesiegel.com

2

**LEAR WERTS LLP**
Todd C. Werts, *Admitted Pro Hac Vice*
2003 W. Broadway, Suite 107
Columbia, Missouri 65203
Telephone:     573-875-1991
Facsimile:     573-875-1985
Email: werts@learwerts.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on June 25, 2018, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/_ Milford O. Howard, III _____