IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| JAMES ALSTON, CARNELL BULLOCK, COREY GLEATON, MARK HILTON, ZACHARY JENKINS, JAMES KILE, RHETT LINLEY, JEFFREY NAVES, JOHN MCPHERSON, NOLAN PEGUES, JOSEPH ROBINSON, ALAN RYMAN, CARL SIMON, and KHEHADI WATKINS, <br><br>Plaintiffs, <br><br>v. <br><br>DIRECTV, INC., DIRECTV, LLC, and MASTEC NORTH AMERICA, INC. <br><br>Defendants. | Case No. 3:14-cv-04093-JMC <br> District Judge J. Michelle Childs <br><br><br> ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REOPEN THE MATTER FOR PURPOSES OF SETTLEMENT APPROVAL |

Now on this 26th day of June, 2018, being fulling advised in the premises and for good cause shows, Plaintiffs' Unopposed Motion to Reopen Case for Purposes of Settlement Approval is hereby **SUSTAINED**.

Plaintiffs shall have until July 9, 2018 to file their motion to approve the settlement reached by the parties in this litigation.

**IT IS SO ORDERED.**

s/J. Michelle Childs <br>
J. Michelle Childs <br>
United States District Judge